**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Larry Ollins and Omar Saunders, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>City of Chicago, et al., )<br>)<br>Defendants. ) | No. 03 C 5795<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Martin C. Ashman |

**AGREED MOTION FOR AN ORDER ENTERING TERMS OF SETTLEMENT**

Plaintiffs Larry Ollins and Omar Saunders ("Plaintiffs"), by and through their attorneys, Jenner & Block LLP, Defendants the City of Chicago ("City") and Defendants David Nowak, James Maurer, Harry Drochner, Thomas Lahm, and James Mercurio (collectively "Defendant Officers" and together with the City "Defendants"), by and through their attorneys, James G. Sotos & Associates, Ltd., respectfully submit this Agreed Motion for an Order Entering Terms of Settlement. In support of this motion, the parties state as follows.

1. The parties are in the process of finalizing an agreed settlement agreement and release subject to approval by the City Council.

2. One of the critical elements of the parties' settlement agreement is that upon City Council approval of the agreement, the City SHALL pay each Plaintiff the first agreed upon installment payment no later than 30 days after the City Council's approval, made payable to Jenner & Block LLP, and SHALL pay each Plaintiff the second agreed upon installment payment, made payable to Jenner & Block LLP, no later than June 30, 2008.

3. Plaintiffs will agree to release all claims against Defendants and to dismissal of the above titled case.

WHEREFORE, the parties jointly and respectfully request that this Court enter the proposed Order, attached as Exhibit A, which provides as follows:

Subject to the City Council's approval of the parties' settlement agreement:

a) The City shall pay each Plaintiff the first agreed upon installment payment no later than 30 days after the City Council's approval, made payable to Jenner & Block LLP, and shall pay each Plaintiff the second agreed upon installment payment, made payable to Jenner & Block LLP, no later than June 30, 2008;

b) Plaintiffs will agree to release all claims against Defendants and to dismissal of the above titled case;

c) The Court shall retain jurisdiction to enforce the Order and the Settlement Agreement reached by the parties; and

d) Ordering such additional or further relief as the Court may deem just and equitable.

Respectfully submitted on this 22nd day of March, 2007, by:

| | |
|---|---|
| CITY OF CHICAGO | LARRY OLLINS |
| | OMAR SAUNDERS |
| DAVID NOWAK, JAMES MAURER, HARRY DROCHNER, THOMAS LAHM, JOHN McHUGH, and JAMES MERCURIO | |
| By: s/ John Timbo | By: s/ David J. Bradford |
| One of the its Attorneys (signed with consent) | One of Plaintiffs' Attorneys |
| James G. Sotos | David J. Bradford 00272094 |
| John Timbo | Andrew W. Vail 6279951 |
| James G. Sotos & Associates, Ltd. | JENNER & BLOCK LLP |
| 550 E. Devon, Suite 150 | One IBM Plaza |
| Itasca, IL 60143 | Chicago, IL 60611 |
| Telephone: | Telephone: 312-222-9350 |
| Facsimile: 630-773-0980 | Facsimile: 312-527-0484 |
| | Scott T. Kamin |
| | Law Office of Scott T. Kamin |
| | 20 East Jackson Blvd., Suite 600 |
| | Chicago, IL 60604 |
| | Facsimile: 312-322-1041 |

**CERTIFICATE OF SERVICE**

   I, Andrew W. Vail, an attorney, certify that true and correct copies of this Agreed Motion for an Order Entering the Terms of Settlement were transmitted to and served upon counsel listed below by the Court's ECF system on March 22, 2007.


Penelope M. George
Stephen P. Baker
City of Chicago Asst. Corporation Counsel
30 N. LaSalle St., Ste. 1040
Chicago, IL 60602
Fax No. 312-744-6912

Stephen Pugh
John M. Broderick
Pugh, Jones, Johnson & Quandt, P.C.
180 N. LaSalle St., Ste. 3400
Chicago, IL 60601
Fax. No. 312-768-7801

James G. Sotos
John J. Timbo
Elizabeth A. Ekl
James G. Sotos & Associates
550 East Devon, Suite 150
Itasca, IL 60143
Fax No. 630-773-0980

Scott T. Kamin
Law Office of Scott T. Kamin
20 East Jackson Blvd., Suite 600
Chicago, IL 60604
Fax No. 312-322-1041

                  s/ Andrew W. Vail

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Larry Ollins and Omar Saunders, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 03 C 5795 |
| vs. | ) | |
| | ) | Judge Ronald A. Guzman |
| City of Chicago, et al., | ) | |
| | ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**ORDER**

This cause coming on to be heard on Plaintiffs Larry Ollins and Omar Saunders ("Plaintiffs"), Defendants the City of Chicago ("City") and Defendants David Nowak, James Maurer, Harry Drochner, Thomas Lahm, and James Mercurio (collectively "Defendant Officers" and together with the City "Defendants") Agreed Motion for an Order Entering the Terms of Settlement, due notice has been given and the Court being fully advised in the premises.

**THE COURT FINDS AND IT IS HEREBY ORDERED THAT:**

Subject to the City Council's approval of the parties' settlement agreement:

    a)     The City shall pay each Plaintiff the first agreed upon installment payment no later than 30 days after the City Council's approval, made payable to Jenner & Block LLP, and shall pay each Plaintiff the second agreed upon installment payment, made payable to Jenner & Block LLP, no later than June 30, 2008;

    b)     Plaintiffs will agree to release all claims against Defendants and to dismissal of the above titled case; and

    c)     The Court shall retain jurisdiction to enforce this Order and the Settlement Agreement reached by the parties.

                                  THIS ORDER IS HEREBY ENTERED

                                  Hon. Ronald. A. Guzman, Judge - United States District Court

                                  DATED:_____